IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AMY ENSZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-cv-02334-RDR/KGS |
| | § | |
| WATHENA HEALTHCARE AND | § | |
| REHABILITATION CENTER, LLC, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss filed by Plaintiff Amy Ensz ("Ensz") and Defendant Wathena Healthcare and Rehabilitation Center, LLC ("Wathena"), is of the opinion that the Motion should be and is hereby GRANTED.

Accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that all of Ensz's claims and causes of action are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Ensz and Wathena shall each bear their own costs and attorneys' fees.

SIGNED this 28th day of November, 2011.

s/Richard D. Rogers
United States District Judge

AGREED AS TO FORM:

/s/  Paul A. Bullman

Paul A. Bullman        #23598
paul@attorneyforworkers.com
2300 Main Street, Suite 900
Kansas City, Missouri 64108
Phone          (816) 286-2860
Facsimile      (816) 286-2813

**ATTORNEY FOR PLAINTIFF**


/s/  Karen R. Glickstein
Karen R. Glickstein            #14036
kglickstein@polsinelli.com
Polsinelli Shughart PC
120 W. 12th Street, Suite 1700
Kansas City, MO 64105
Telephone:  816-421-3355
Facsimile:   816-374-0509

Victor N. Corpuz (Admitted Pro Hac)
State Bar No. 04838450
Talley R. Parker (Admitted Pro Hac)
State Bar No. 24065872
JACKSON LEWIS LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, Texas 75219
Telephone:  (214) 520-2400
Facsimile:   (214) 520-2008

**ATTORNEYS FOR DEFENDANT**